IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID S. GROVE | : | CIVIL ACTION |
| vs. | : | |
| NANCY A. BERRYHILL,[1] ACTING COMMISSIONER OF SOCIAL SECURITY | : : | NO. 16-CV-459 |

ORDER

AND NOW, this 17th day of April, 2018, upon careful consideration of the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski, and upon independent review of the briefs filed by the parties and Plaintiff's objections to the Magistrate's Report and Recommendation, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;
2. Plaintiff's Request for Review is DENIED; and
3. Judgment is entered in this matter in favor of Defendant.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.

---

1. Nancy A. Berryhill became the Acting Commissioner of Social Security on January 23, 2017. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Ms. Berryhill should be substituted for the former Acting Commissioner, Carolyn Colvin, as the Defendant in this action.